**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 STELLA MAVROGIANNI SIOMKOS,

                          Plaintiff,

           -against-                        24 **CIVIL** 10074 (LLS)

                                               **JUDGMENT**

FATIMAZOHRA NOUINOU; MOHAMED
NOUINOU,

                         Defendants.
-----------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 9, 2026, the Court dismisses Plaintiff's federal claims for

failure to state a claim on which relief may be granted, 28 U.S.C. § 1915(e)(2)(B)(ii), and

declines under 28 U.S.C. § 1367(c)(3) to exercise supplemental jurisdiction of Plaintiff's state

law claims.

**Dated:** New York, New York

      March 10, 2026

                                   **TAMMI M. HELLWIG**

                                      **Clerk of Court**

               **BY:**

                                      **Deputy Clerk**